No. 75–565. PLAIN DEALER PUBLISHING Co. *v.* CLEVELAND TYPOGRAPHICAL UNION No. 53 ET AL. C. A.

910

6th Cir. Certiorari denied.